SAMUEL JANKELSON, Respondent, *v.* AUGUST RUFF, Appellant.

APPEAL from a judgment in favor of the plaintiff, rendered in the Municipal Court of the city of New York, fourth district, borough of Manhattan.

Peter Cook, for appellant.

Leopold W. Harburger, for respondent.

*Per Curiam.* The record is silent as to the residence of the defendant. In the absence of proof of the jurisdictional fact that he resided within the county of New York, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.